# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | | |
|---|---|---|
| STEPHEN MCGHGHY, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number: 2:20-CV-04173-WJE |
| | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |

___ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 x  Decision by Court.

    IT IS ORDERED that that the decision of the Commissioner is affirmed.

ENTERED ON: September 28, 2021

PAIGE WYMORE-WYNN
Court Clerk

*Angel L. Geiser*

(By) Deputy Clerk
